NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LAURA A. HUNT,**
*Petitioner,*

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

---

2011-3154

---

Petition for review of the Merit Systems Protection Board in case no. CH0831100708-I-1.

---

**ON MOTION**

---

**ORDER**

Laura A. Hunt moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**JUL 2 1 2011**

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc:  Laura A. Hunt
William J. Grimaldi, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 2 1 2011

JAN HORBALY
CLERK